UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-16416 |
| | | CHAPTER 13 |
| KEVIN J. STETSON | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

Check No.            Amount
 917721              $114.65

Debtor Address
KEVIN J. STETSON
5754 WINTROP AVENUE
CINCINNATI, OH  45224

                  Respectfully submitted,

/s/     Margaret A. Burks, Esq.
         Margaret A. Burks, Esq.
         Chapter 13 Trustee
         Attorney No. OH 0030377

         Francis J. DiCesare, Esq.
         Staff Attorney
         Attorney No. OH 0038798

         Karolina F. Perr, Esq.
         Staff Attorney
         Attorney No. OH 0066193

         600 Vine Street, Suite 2200
         Cincinnati, OH 45202
         (513) 621-4488
         (513) 621 2643 (Facsimile)
         mburks@cinn13.org - Correspondence only
         fdicesare@cinn13.org
         kperr@cinn13.org
         cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Debtors

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 20, 2011.

                                                      /s/    Margaret A. Burks, Esq.
                                                                   Margaret A. Burks, Esq.

Debtor(s)
KEVIN J. STETSON
5754 WINTROP AVENUE
CINCINNATI, OH  45224

Debtor(s) Counsel
MICHAEL E. PLUMMER, ESQ.
11 WEST 6TH STREET
COVINGTON, KY  41011

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)